Thomas F. Keating, Jr. (SBN 76972)
Christian F. Kemos (SBN 239657)
FREITAS, McCARTHY, MacMAHON & KEATING, LLP
1108 Fifth Avenue, Third Floor
San Rafael, CA 94901
Telephone: (415) 456-7500
Facsimile: (415) 456-0266
tkeating@freitaslaw.com
ckemos@freitaslaw.com

Attorneys for Defendant REMILLARD BRICK KILN, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SKAFF, | Case No.: C09 03305 ADR/JCS |
| Plaintiff, | SUBSTITUTION OF ATTORNEY |
| v. | |
| THE MELTING POT, INC., NORTHBAY FONDUE, LLC, REMILLARD BRICK KILN, LLC; AND DOES 1-25 inclusive, | |
| Defendants. | |

Defendant REMILLARD BRICK KILN, LLC consents to and does hereby substitute Diamond Baker, LLP as its attorney of record in this action in the place of Freitas McCarthy MacMahon & Keating, LLP.

REMILLARD BRICK KILN, LLC

Dated: February 10, 2010   By: _____
                                Richard Hall

///

Freitas, McCarthy,
MacMahon & Keating
1108 Fifth Avenue
Third Floor
San Rafael, CA 94901
415-456-7500

00058956.DOC

1

SUBSTITUTION OF ATTORNEY
Case No.: C09 03305 ADR/JCS

1  I consent to the above substitution.

FREITAS MCCARTHY MACMAHON & KEATING, LLP

Dated: February ___, 2010    By _____
                                Thomas F. Keating, Jr.

7  I accept the above substitution.

DIAMOND BAKER

Dated: February 10, 2010    By _____
                                Craig A. Diamond

Dated: Feb. 26, 2010

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Freitas, McCarthy,
MacMahon & Keating
1108 Fifth Avenue
Third Floor
San Rafael, CA 94901
415-456-7500

00058956.DOC

2

SUBSTITUTION OF ATTORNEY
Case No.: C09 03305 ADR/JCS

# PROOF OF SERVICE

I am a resident of the United States, County of Marin, over 18 years of age, and not a party to the within action. My business address is 1108 Fifth Avenue, Third Floor, San Rafael, California 94901, which is located in the County of Marin, where the service described below took place.

On the date hereon, I served the following document in a sealed envelope described as:

## SUBSTITUTION OF ATTORNEY

on the interested parties in this action addressed as follows:

Sidney J. Cohen
Sidney J. Cohen Professional Corp.
427 Grand Avenue
Oakland, CA 94610
Attorneys for Plaintiff Richard Skaff

Craig A. Diamond
Stephen C. Baker
DIAMOND BAKER, LLP
P.O. Box 1147
Cedar Ridge, CA 94924-1147
Attorneys for Defendants The Melting Pot, Inc., Northbay Fondue, LLC

XXX   (BY MAIL) - I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.  On the date hereon, at my business, the document described above was placed for deposit in the United States Postal Service, with postage fully prepaid, addressed to the person(s) as described herein; and that envelope was placed for collection and mailing on that date following ordinary business practice.  [CCP §§1013a(1), 1013a (3)]

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on February 16, 2010, at San Rafael, California.

/s/
Debbie Sheppard
Freitas, McCarthy, MacMahon & Keating
1108 Fifth Avenue
Third Floor
San Rafael, CA 94901
415-456-7500

00058956.DOC

SUBSTITUTION OF ATTORNEY
Case No.: C09 03305 ADR/JCS