1   SIDNEY J. COHEN, ESQ., State Bar No. 39023
    SIDNEY J. COHEN PROFESSIONAL CORPORATION
2   427 Grand Avenue
    Oakland, CA 94610
3   Telephone: (510) 893-6682

4   Attorneys for Plaintiff
    RICHARD SKAFF

5
                    UNITED STATES DISTRICT COURT
6
                  NORTHERN DISTRICT OF CALIFORNIA
7
8   RICHARD SKAFF                      CASE NO. C 09-03305 JCS
                                       Civil Rights
            Plaintiff,
9
10  V.                                 **STIPULATION AND ORDER
                                       FOR DISMISSAL**
11  THE MELTING POT, INC.;
    NORTHBAY FONDUE, LLC.;             FRCP section 41
12  REMILLARD BRICK KILN, LLC;
    and DOES 1-25, Inclusive,

13          Defendants.
    _____/
14
15          Plaintiff Richard Skaff  and defendants The Melting Pot, Inc., Northbay

16  Fondue, LLC, and Remillard Brick Kiln, LLC., by and through their attorneys of

17  record, file this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure

    section 41.
18
            Plaintiff filed this lawsuit  on July 20, 2009.
19
            Plaintiff and defendants have entered into a "Mutual Release And Settlement
20
    Agreement" which settles all aspects of the lawsuit against defendants. A copy of
21
    the "Mutual Release And Settlement Agreement"   is incorporated by reference
22
    herein as if set forth in full. Plaintiff  and defendants stipulate to the court retaining
23
    jurisdiction to enforce the "Mutual Release And Settlement Agreement."
24
            Plaintiff  moves to dismiss with prejudice the lawsuit against defendants.
25
            Defendants, who have answered the complaint, agree to the dismissal with
26
    prejudice.
27
            This case is not a class action, and no receiver has been appointed.
28

1    This Stipulation and Order may be signed in counterparts, and facsimile or

2  electronically transmitted signatures shall be as valid and as binding as original

3  signatures.

4    Wherefore, plaintiff and defendants, by and through their attorneys of record,

5  so stipulate.

6  Date: 2/28/10                     SIDNEY J. COHEN
                                     PROFESSIONAL CORPORATION
7
                                     /s/ Sidney J. Cohen
8                                    _____
9                                    Sidney J. Cohen
                                     Attorney for Plaintiff
                                     Richard Skaff
10
   Date: 2/20/10                     DIAMOND BAKER LLP
11                                   /s/ Craig A. Diamond

12                                   _____
                                     Craig A. Diamond
13                                   Attorney for All Defendants

   PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:
14
15    The lawsuit against defendants is dismissed with prejudice. The Court shall

16 retain jurisdiction to enforce the parties' "Mutual Release And Settlement

   Agreement."
17
   Date: 03/01/10
18                                   _____
   Josep...
19 United ...                        ...e Judge

                                     Judge Joseph C. Spero
20

21

22

23

24

25

26

27

28

Stipulation And Order Fro Dismissal          -1-